FILED

06/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0208

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 23-0208

DALE BRENT GUCCIONE,

      Petitioner,

v.

JENI NICHOLS, Program Administrator,
Connections Corrections Program,

      Respondent.

## ORDER

Upon consideration of Respondent State of Montana's motion for a 14-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Respondent is granted an extension of time to and including July 19, 2023, within which to prepare, file, and serve the State's response to the petition.

CH

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 28 2023